# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA

[This form is for prisoners to sue for civil rights violations. NEATLY print in ink (or type) your answers.]

-FILED-
JUL 19 2023
At _____ M
Chanda J. Berta, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

Tyler John Ward
[You are the PLAINTIFF, print your full name on this line.]

v.

Westville Correctional / IDOC
[The DEFENDANT is who you are suing. Put ONE name on this line. List ALL defendants below, including this one.]

Case Number 2:23 CV 252
[For a new case in this court, leave blank. The court will assign a case number.]

[The top of this page is the caption. Everything you file in this case must have the same caption. Once you know your case number, it is VERY IMPORTANT that you include it on everything you send to the court for this case. DO NOT send more than one copy of anything to the court.]

## PRISONER COMPLAINT

| # | Defendant's Name and Job Title | Work Address |
|---|---|---|
| 1 | [Put the defendant named in the caption in this box.] Westville Correctional Facility, Indiana Department of Correction | 5501 South 1100 West, Westville, IN 46391 |
| 2 | [Put the names of any other defendants in these boxes.] | |
| 3 | | |

[If you are suing more defendants, attach an additional page. Number each defendant. Put the name, job title, and work address of each defendant in a separate box as shown here.]

1. How many defendants are you suing? __1__

2. What is the name and address of your prison or jail? Westville Correctional Facility, 5501 South 1100 West, Westville, IN 46391

3. Did the event you are suing about happen there? ●Yes.  ○ No, it happened at: _____

4. On what date did this event occur? September 20, 2022 through July 17, 2023

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]

## CLAIMS and FACTS

DO: Write a short and plain statement telling what each defendant did wrong.

DO: Use simple English words and sentences.

**DO NOT:** Quote from cases or statutes, use legal terms, or make legal arguments.

DO: Explain when, where, why, and how each defendant violated your rights.

DO: Include every fact necessary to explain your case and describe your injuries or damages.

DO: Number any documents you attach and refer to them by number in your complaint.

**DO NOT:** Include social security numbers, dates of birth, or the names of minors.

DO: Use each defendant's name every time you refer to that defendant.

DO: Number your paragraphs. [*The first paragraph has been numbered for you.*]

1. Since Arriving At Westville prison, I've Had to live with cruel & unusual punishment. The Buildings/Dorms & rooms Are infested with mice & Rats & Cock roaches... IF & when I order commissary Its Almost Instantly contaminated, the mice got into everything, I've woken up to Rats IN my Bed with me while I sleep... Also on All 3 Dorms I've Been On my windows Are missing the glass exposing me to the Elements, Rain, Snow, Etc... Also I worked In the Kitchen on GSC complex, while working (passing out trays) I could not Help But notice All the mice in the walk In cooler where the Food Awaits serving, there is & was Rat Feces everywhere, Including on/In some of the trays... Its disgusting, nobody deserves to live this way... Also our drinking water... Sometimes Its Rust Brown Four Hours...

    I Filed multiple grievances, Staff Refused to sign & copy, Staff Also Refused to supply grievances By saying & I quote "my supervisor Advised me I am not Aloud to pass out Inmate grievances"... would not provide supervisor name.

[*DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.*]

Claims and Facts (continued)

Witness/Staff RWI counselor, Amy Stevens She is A non DOC employee, she is here At the Facility Mon-Fri. She gave me permission to put Her Down As A witness & stated when she started working Here she was Advised By IDOC employees "Inmates" not to drink the Tap Water. (The Same Water We Drink)

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]

5. When did this event happen?
   - ◯ Before I was confined.
   - ◯ While I was confined awaiting trial.
   - ● After I was convicted while confined serving the sentence.
   - ◯ Other: _____

6. Have you ever sued anyone for this exact same event?
   - ● No.
   - ◯ Yes, attached is a copy of the final judgment OR an additional sheet listing the court, case number, file date, judgment date, and result of the previous case(s).

7. Could you have used a prison grievance system to complain about this event?
   - ◯ No, this event is not grievable at this prison or jail.
   - ● Yes, I filed a grievance and attached is a copy of the response from the final step.
   - ◯ Yes, this event was grievable, but I did not file a grievance because _____

I Filed grievances Recieved no Response. Also Asked For copys to Be made & Have not seen my Requests or Grievances Since turned In, mailed In, Given to caseworker

8. If you win this case, what do you want the court to order the defendant(s) to do?
   [NOTE: A case filed on this form will not overturn your conviction or change your release date.]

I want Compensated For my Suffering & Human rights Being violated.
&
I want these Issues resolved so others Dont Have to go through cruel & unusual punishments So they wont suffer

[Initial Each Statement]

DW  I will pre-pay the filing fee OR file a prisoner motion to proceed in forma pauperis.
DW  I will keep a copy of this complaint for my records.
DW  I will promptly notify the court of any change of address.
DW  I WILL NOT send more than one copy of any filing to the court.
DW  I WILL NOT send summons, USM-285, or waiver forms to the clerk.
DW  I declare under penalty of perjury that the statements in this complaint are true.

I placed this complaint in the prison mail system on 7 / 17 /20 23 at 3:30 am/pm.
[Do not fill in this date and time until you give the complaint to prison officials to send to the court.]

_____          245496
Signature                                Prisoner Number

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]