UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| TYLER JOHN WARD,<br>    Plaintiff, | )<br>)<br>) |
| v. | )   CAUSE NO.: 2:23-CV-252-TLS-JEM<br>) |
| WESTVILLE CORRECTIONAL<br>FACILITY,<br>    Defendant. | )<br>)<br>)<br>) |

**ORDER**

This matter is before the Court *sua sponte*. Tyler John Ward, a prisoner without a lawyer, this case in the Hammond Division raising claims based on events that occurred at the Westville Correctional Facility, which is located within the geographical boundaries of the South Bend Division. When "the court determines a case is filed in a division without proper venue, the court may . . . transfer the case by issuing an order directing the clerk to reopen the case in a proper division." N.D. Ind. L.R. 3-1(b).

For these reasons, the Court **DIRECTS** the Clerk of Court to close this case and open a new case with these filings in the South Bend Division.

SO ORDERED this 20th day of July, 2023.

s/ John E. Martin
MAGISTRATE JUDGE JOHN E. MARTIN
UNITED STATES DISTRICT COURT

cc:   All counsel of record
      Plaintiff, *pro se*